Berth C. NESS, Appellant,

v.

UNITED STATES of America.

No. 15051.

United States Court of Appeals,
Eighth Circuit.

July 15, 1954.

Joseph A. Maun and William R. Busch, St. Paul, Minn., for appellant.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellee.

Appeal from District Court dismissed without taxation of costs in this Court in favor of either of the parties, etc., on stipulation of parties.